

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00019-CV**

**IN RE U-HAUL CO. OF TEXAS**

_____

**Original Proceeding**

_____

## O R D E R

Relator's Petition for Writ of Mandamus was filed on January 18, 2018. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 7 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
     (Justice Scoggins did not participate in the deliberation of this order)
Response requested
Order issued and filed January 19, 2018